The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA,<br><br>                              Plaintiff,<br><br>     vs.<br><br>JONATHAN STAENBERG and V. C.,<br><br>                              Defendants. | Cause No. 2:24-cv-01249-JNW<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

Pursuant to the joint motion of the parties and good cause appearing, it is hereby ORDERED that all claims and counterclaims asserted by and between the parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party.

IT IS SO ORDERED on this <u>6th</u> day of February, 2025.

_____
THE HONORABLE JAMAL N. WHITEHEAD
U.S. DISTRICT JUDGE

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE – 1
USDC WD WA/SEA CAUSE NO. 2:24-cv-01249-JNW

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON 98101-2509
(206) 624-1800/Fax (206) 624-3585